IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HC OPERATING, LP., ET AL, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 3:19-CV-2425-S |
| ATLAS APARTMENT ACQUISITION, § | |
| LLP ET AL § | |
| § | |
| *Defendants.* § | |

## PLAINTIFFS' DISCLOSURE OF CORPORATION INTERESTS

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs state the following with respect to any parent corporation and any publicly held corporation owning 10% or more of its stock: None.

Respectfully submitted,

*/s/ Richard A. Illmer*
Richard A. Illmer
State Bar No. 10388350
E-Mail: Rick.Illmer@huschblackwell.com
Chad A. Johnson
State Bar No. 24026259
E-Mail: Chad.Johnson@huschblackwell.com

**HUSCH BLACKWELL, LLP**
1900 N. Pearl, Suite 1800
Dallas, TX  75201
Telephone:  (214) 999-6100
Facsimile:   (214) 999-6170

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 4, 2019, I served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2) via Electronic Service through the Northern District of Texas Electronic Case Filing System (ECF).

                                        */s/Richard A. Illmer*
                                        Richard A. Illmer