# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| HC OPERATING, LP et al. | § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-2425-S-BN |
| ATLAS APARTMENTS ACQUISITION LLC and STEVEN IVANKOVICH | § § § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated April 17, 2020, the Court finds that the Findings Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

It is, therefore, **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED.**

SIGNED May 5, 2020.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**